

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-13-00295-CV

**CNS NETWORKING SOLUTIONS, LLC,**

**Appellant**

 **v.**

**REPUBLIC WASTE SERVICES OF TEXAS, LTD,**
**D/B/A DUNCAN DISPOSAL,**

**Appellees**

_____

**From the County Court at Law**
**Hill County, Texas**
**Trial Court No. 48599**

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

It states that the trial court has granted a motion for new trial in this case.

Dismissal of this appeal would not prevent a party from seeking relief to which it

would otherwise be entitled. The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed October 24, 2013
[CV06]